Same case below, 418 Fed. Appx. 634.

**No. 11-7188. Wade Gumbs, Petitioner v. Government of the Virgin Islands.**

565 U.S. 1125, 132 S. Ct. 1033, 181 L. Ed. 2d 761, 2012 U.S. LEXIS 213.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 426 Fed. Appx. 90.

**No. 11-7189. Edwin Walker, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

565 U.S. 1126, 132 S. Ct. 1033, 181 L. Ed. 2d 761, 2012 U.S. LEXIS 352.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7190. Julio C. Ontiveros-Perez, Petitioner v. Colorado.**

565 U.S. 1126, 132 S. Ct. 1033, 181 L. Ed. 2d 761, 2012 U.S. LEXIS 258.

January 9, 2012. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 11-7191. Samuel McNeil, Petitioner v. Home Budget Loans, et al.**

565 U.S. 1126, 132 S. Ct. 1033, 181 L. Ed. 2d 761, 2012 U.S. LEXIS 142.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7194. Isan Contant, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1126, 132 S. Ct. 1034, 181 L. Ed. 2d 761, 2012 U.S. LEXIS 363.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 441 Fed. Appx. 105.

**No. 11-7196. William A. Seawright, Petitioner v. Michael McCall, Warden.**

565 U.S. 1126, 132 S. Ct. 1034, 181 L. Ed. 2d 761, 2012 U.S. LEXIS 79.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 970.

**No. 11-7197. Johnetta Sullivan, Petitioner v. Clarice Stovall, Warden.**

565 U.S. 1126, 132 S. Ct. 1034, 181 L. Ed. 2d 761, 2012 U.S. LEXIS 341.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7199. Lance George Owen, Petitioner v. Douglas Weber, Warden.**

565 U.S. 1126, 132 S. Ct. 1034, 181 L. Ed. 2d 761, 2012 U.S. LEXIS 137.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 646 F.3d 1105.